Rev. 8/2018

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

ATLANTA CHANNEL, INC.

      Plaintiff

vs.                            Civil No.    20-1768   (RC)

HENRY A. SOLOMON, ET AL      Category  M

      Defendant

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on  7/8/2020  from  Judge Timothy J. Kelly

to  Judge Rudolph Contreras  by direction of the Calendar Committee.

(Case Related)

                                    JUDGE ELLEN S. HUVELLE
                                    Chair, Calendar and Case
                                    Management Committee

cc:    Judge Timothy J. Kelly    & Courtroom Deputy
       Judge Rudolph Contreras    & Courtroom Deputy
       Liaison, Calendar and Case Management Committee